**U.S.A. vs. Amanda Ingle Greene**                    **Docket No. 5:21-CR-434-18M**

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Amanda Ingle Greene, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on February 14, 2025, to the custody of the Bureau of Prisons for a term of Time Served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Amanda Ingle Greene was released from custody on February 14, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Following sentencing, supervision of the defendant's case was transferred to the Western District of North Carolina and assigned to U.S. Probation Officer Ashley Weeks. As a condition of supervision, the defendant was placed on home detention with electronic monitoring for a term of 4 years. She has completed the first year of this term in full compliance with her conditions of supervised release.

In speaking with U.S. Probation Officer Ashley Weeks, the Western District of North Carolina is requesting that Your Honor consider removing the defendant's remaining term of home detention with electronic monitoring. The defendant suffers from a number of serious medical diagnoses including stage IV liver failure, pulmonary hypertension, and COPD. Her medical history also includes a significant number of other medical issues including pulmonary hypertension, a stroke, acute hypoxemic respiratory failure, patent foramen ovale, and pneumonia. She is required to complete weekly lab work, requires constant oxygen therapy, and attends regular appointments with specialized medical physicians. The defendant does not oppose the proposed modification of her supervised release conditions.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The remaining balance of the previously ordered 4-year term of home detention with electronic monitoring is hereby removed.

Except as herein modified, the judgment shall remain in full force and effect.

**Amanda Ingle Greene**
**Docket No. 5:21-CR-434-18M**
**Petition For Action**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: February 23, 2026

**ORDER OF THE COURT**

Considered and ordered this _24th_ day of _February_, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge